**RICHARD C. BOCK**
**LARRY J. LINGEMAN**
**LINGEMAN & BOCK**
**SUITE 801, PIONEER PLAZA BUILDING**
**100 NORTH STONE AVENUE**
**TUCSON, AZ  85701**
**(520) 792-4940**
**(520) 792-2139 (FAX)**
**lingemanbock@qwestoffice.net**

**ATTORNEY FOR DEFENDANT AYERS**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  4:11CR-00794-04 |
| PLAINTIFF, ) | |
| ) | **NOTICE OF APPEARANCE** |
| VS. ) | |
| ) | |
| CHAD AYERS, ) | |
| ) | |
| DEFENDANT, ) | |
| _____) | |

COMES NOW RICHARD C. BOCK and LARRY J. LINGEMAN and enter their notice of appearance on behalf of Defendant CHAD AYERS in the above entitled action.

RESPECTFULLY SUBMITTED this 15th day of March, 2011.

LINGEMAN & BOCK

BY /s/    RICHARD C. BOCK

BY/s/     LARRY J. LINGEMAN

Copy of the foregoing
delivered this date to:

U.S. Attorney